## Shindledecker Motor Vehicle Operator License Case.

Argued June 11, 1969. *Elmer T. Bolla,* Deputy Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellant; *S. M. Raffensperger,* with him *Bigham & Raffensperger,* for appellee.

Order affirmed.

## State Board of Optometrical Examiners, Appellant, *v.* Campbell, Paul, Zeidner, Neelon.

Argued June 9, 1969. *V. Schwartz,* Assistant Attorney General, with him *Marvin I. Block,* Assistant Attorney General, *Thomas H. Lane* and *Joseph P. Work,* Deputy Attorneys General, and *William C. Sennett,* Attorney General, for State Board of Optometrical Examiners, appellant; *Jerome H. Gerber,* with him *Handler, Gerber and Widmer,* for appellees.

Orders affirmed.